No.

In The Court of Criminal Appeals

28,594-20

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 02 2015

Abel Acosta, Clerk

In re Arthur Roy Morrison
Relator

v

Gary Fitzsimmons
Respondent

Original Proceeding Writ No WO7-55 832-S (D) 282 nd Judicial
District Court

Writ of Mandamus

To the Court of Criminal Appeals:

Take notice the Relator moves this Court for writ of mandamus Commanding Respondent perform his purely ministerial duty and transmit Relators application (D) to this court for relief.

## Statement of Case

This is a writ of mandamus commanding Respondent transmit application (D) to this court.

## Jurisdiction

Art. 5 §5 Tex. Const..

## Issue

Transmit application (D) to this Court for relief.

## Fact

On 23 Dec 14 Relator filed application (D) as more than 35 days have ellaptsed he tenders this writ Commanding the transmittle to this Court.

## Argument

The Relator has no other remedy at law to command the Respondent to perform his purely ministerial duty and transmit application (D) to this Court for relief.

## Prayer

Wherefore the Relator prays that this court issue this writ mal Respondent.

Prayed

Arthur Roy Morrison

29 Jan 15